UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEITH MARSHALL

versus

WARDEN, AVOYELLES
CORRECTIONAL CENTER

CIVIL ACTION

NO. 09-7231

SECTION: "F" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Keith Marshall** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of July, 2010.

UNITED STATES DISTRICT JUDGE